**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 28, 2021

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered.

/s/ Hon. Alvin K. Hellerstein
July 29, 2021

Re: **United States v. Windelson Montero,
21 Cr. 377 (AKH)**

Dear Judge Hellerstein:

I write with the consent of the government and Pretrial Services to request that the Court modify Mr. Montero's bail conditions to permit him to reside at Covenant House, a youth housing, education, food security, and vocational support program in Manhattan.

Mr. Windelson is currently required to reside with his cousin Cristian Manuel Soriano Martell in Patterson, New Jersey. But Mr. Soriano Martell will move to Pennsylvania in the next several days, leaving Mr. Montero undomiciled. Upon a referral from the Federal Defenders social work department, Mr. Montero and his mother visited Covenant House today and met with intake. Covenant House anticipates having a bed available for Mr. Montero tomorrow.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 846-2622

cc: AUSA Matthew Weinberg
USPSO Joshua Rothman (by email)