**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 1, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered.
/s/ Hon. Alvin K. Hellerstein
September 2, 2021

Re:   **United States v. Windelson Montero,
      21 Cr. 377 (AKH)**

Dear Judge Hellerstein:

I write with the consent of the government and Pretrial Services to request that the Court authorize Pretrial Services to temporarily return Mr. Montero's passport, which he surrendered as a condition of his bail release.

Mr. Montero needs his passport to prove his identity so that he can obtain New York state identification, specifically a learner's permit. If the Court grants this request, Pretrial Services will permit Mr. Montero to temporarily take possession of his passport so that he can bring it to the DMV and then return it to Pretrial the same day.

As noted both Pretrial Services and the government consent to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749 / (646) 846-2622

cc:   AUSA Matthew Weinberg
      USPSO Joshua Rothman (by email)