UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :   **SCHEDULING ORDER**
            -against-               :
                                    :   21 Cr. 377 (AKH)
                                    :
                                    :
WINDELSON MONTERO,                  :
                                    :
                        Defendant.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The sentencing scheduled for March 29, 2023, is adjourned to May 10, 2023, at 11 a.m.

  No later than May 3, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

  Finally, time is excluded, in the interest of justice, until May 10, 2023.

  SO ORDERED.

Dated: March 20, 2023      ___/s/ Alvin K. Hellerstein_____
    New York, New York     ALVIN K. HELLERSTEIN
               United States District Judge