UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA              :
:         **ORDER**
- v. -                         :
:         21 Cr. 377 (AKH)
WINDELSON MONTERO,                    :
:
Defendant.                  :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, a change of plea hearing was held before United States Magistrate Judge Jennifer E. Willis on November 16, 2022;

        WHEREAS, a transcript of the change of plea hearing was made and thereafter was transmitted to the District Court;

        WHEREAS, a copy of the plea agreement entered into by the parties was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
               May 2, 2023

                                                                   _____
                                                                 THE HONORABLE ALVIN K. HELLERSTEIN
                                                                 UNITED STATES DISTRICT JUDGE
                                                                 SOUTHERN DISTRICT OF NEW YORK