UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA             :
                                     :
                                     :   **SCHEDULING ORDER**
           -against-                 :
                                     :   21 Cr. 377 (AKH)
                                     :
                                     :
WINDELSON MONTERO,                   :
                                     :
                        Defendant.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing scheduled for May 10, 2023, at 11:00 a.m. is adjourned to May 10, 2023, at 10 a.m.

      SO ORDERED.

Dated:  May 9, 2023                         /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge